Ronald A. Offret
Alaska Bar No. 7410096
AGLIETTI, OFFRET & WOOFTER
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
(907) 279-8657

Attorneys for Defendant MUN SUN PAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. A05-0050 CR (RRB) |
| | ) |
| vs. | ) |
| | ) **MOTION FOR EARLY** |
| MUN SUN PAK, | ) **TERMINATION OF PROBATION** |
| | ) |
| Defendant. | ) |

COMES NOW MUN SUN PAK, through counsel, and requests this Court to terminate the term of her probation. This motion is unopposed by the U.S. Attorney's Office, and the U.S. Probation Office.

On June 3, 2005, MUN SUN PAK plead Guilty to one (1) count of *Structuring* (11 USC §5324(a)(3)) and two (2) counts of criminal forfeiture. As a part of her sentence, Defendant was put on probation for five (5) years. There was an understanding with the U.S. Attorney's Office that upon compliance with certain conditions, the Defendant could move for early termination. Those conditions have been met. Defendant seeks early termination of her probation. As set forth in the Affidavit of Counsel, neither the U.S. Attorney's Office, nor the U.S. Probation Office opposes this early termination.

                                                AGLIETTI, OFFRET & WOOFTER
                                                Attorneys for Defendant Mun Pak

____June 7, 2006___          _/s/ Ronald A. Offret_____
Date                                Ronald A. Offret ABA No. 7410096
                                      733 W 4th Avenue, Suite 206
                                      Anchorage, AK 99501
                                      (907) 279-8657