Ronald A. Offret
Alaska Bar No. 7410096
AGLIETTI, OFFRET & WOOFTER
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
(907) 279-8657

Attorneys for Defendant MUN SUN PAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0050 CR (RRB) |
| ) | |
| vs. ) | |
| ) | **ORDER GRANTING EARLY** |
| MUN SUN PAK, ) | **TERMINATION OF PROBATION** |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come before this Court upon Defendant's motion to terminate probation; and with no opposition thereto by the U.S. Attorney's Office or the U.S. Probation Office; and good cause appearing;

IT IS HEREBY ORDERED that Defendant MUN SUN PAK has fully complied with the terms of sentence and probation in the above-referenced case;

IT IS ORDERED that PROBATION IS HEREBY TERMINATED.

6/12/06
DATED                    U.S. DISTRICT COURT JUDGE